### DOSTER *vs.* BUSH.

A homestead is not subject to the payment of a physician's bill for services to one of the minor beneficiaries. Cons., art. 9, sec. 2. Judgment affirmed.

March 4, 1884.

JACKSON, Chief Justice.

[A judgment founded on a doctor's bill for attending the minor child of a debtor was levied on a bale of cotton, and a claim was interposed by the debtor, as the head of his family, alleging that the cotton was raised on land which had been set apart to him as a homestead. The justice, before whom the claim was tried, held the property not subject. Plaintiff carried the case to the superior court by *certiorari*. The judge sustained the ruling of the justice, and plaintiff excepted.]